Jerome K. Katz, as Administrator, etc., of Donald A. Katz, Deceased, Respondent, v. Charles Meisezahl Manufacturing Company, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted permitting the defendant to serve an amended answer in the manner and form as proposed within ten days from date. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Frank Hardart, Respondent, v. 500 West 14th Street Realty Co., Inc., and Others, Defendants, Impleaded with Conron Bros. Company and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Bennett Rose and Bernard L. Solomon, Copartners, etc., Appellants, v. Galuten Holding Corporation, Respondent, Impleaded with Others, Defendants. — Order so far as appealed from modified by reducing amount of counsel fee to the sum of $150, and as so modified affirmed, with ten dollars costs and disburse- ments to the appellants. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Patrick Henry Carroll, Appellant, v. Louis Schwartz, Doing Business, etc., and Others, Respondents.— Order affirmed, with ten dollars costs and dis- bursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Elizabeth M. Phelps v. Mabel Phelps Lawton, as Executrix, etc., of Howard Phelps, Deceased.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Rachel Cohen v. Adolph L. Gotthelf and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Thoens & Flaunlacher, Inc., v. Fred Rudinger and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Mario Marafioti v. Sophie Braslau.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The People of the State of New York v. Louis Denerhoff.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Charles Giesin v. Giesin & Shankman, Inc., and Others.— Motion to dis- miss appeal granted, with ten dollars costs, unless appellants procure the record on appeal and appellants' points to be filed on or before November 28, 1930, with notice of argument for December 10, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Israel Freidus v. Alice C. Wynn.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procures the record on appeal to be filed on or before November 26, 1930, with notice of argument for December 5, 1930. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.